**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

    VS.                                  CRIMINAL NO. 3:06 cr 335 (PCD)

ANDREW HUANG

**ORDER OF DISMISSAL**

The Government's Oral Motion to Dismiss the Indictment on in the above captioned case on the record in open court on April 10, 2007, is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, this 12th day of April, 2007.

                                        /s/ _____
                                              Peter C. Dorsey, Senior
                                              U.S. District Judge